

Cynthia E. Neidl
518-689-1435
neidlc@gtlaw.com



March 26, 2018

**VIA ECF**

Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-18

Re: *Inspired Capital, LLC and Erica Gary v. Conde Nast and FremantleMedia North America, Inc.*,
Civil Action No. 1:18-cv-00712-JFK

Dear Judge Keenan:

We represent Defendant Condé Nast, an unincorporated division of Advance Magazine Publishers, Inc., in this action. We write on behalf of Condé Nast and Defendant FremantleMedia North America, Inc. respectfully to request an extension of Defendants' time to respond to the Complaint, from March 30, 2018 until April 9, 2018. Plaintiffs have agreed to this extension. This is Defendants' first request for an extension.

The parties further respectfully request that the Court adjourn the initial pretrial conference currently scheduled before Your Honor for April 5, 2018 at 11:00 a.m. Defendants contemplate filing a motion to dismiss all of the claims set forth in the Complaint, and therefore the parties request that the hearing be adjourned until after the motion has been fully briefed or decided by the Court.

We appreciate the Court's time and attention.

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Cynthia E. Neidl

Cynthia E. Neidl

All parties consenting, Defendants' request is GRANTED and Defendants shall respond to the complaint by April 9, 2018. The initial conference in this action is adjourned pending the Court's decision on Defendants' motion to dismiss.
SO ORDERED.
Dated: New York, New York
March 27, 2018

*John F. Keenan*
John F. Keenan
United States District Judge

CEN/rsb
cc: All counsel of record

ALB 2104465v2
GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
54 State Street ▪ 6th Floor ▪ Albany, NY 12207 ▪ Tel 518.689.1400 ▪ Fax 518.689.1499