```
USDC ...
DOC ...
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Inspired Capital

         -V-                         :         #18 Cv 712 (JFK)

    Conde Nast                 :

------------------------------X

The initial conference in this case, previously set for Thursday, April 5, 2018, has been cancelled.

SO ORDERED.

Dated: New York, New York

3-27-18

_____
JOHN F. KEENAN
United States District Judge