**DECLARATION OF LAUREN H. BRAGIN**

I, LAUREN H. BRAGIN, declare and state as follows:

I am an attorney at law duly licensed to practice before all courts of the State of California and am an associate in the law firm of Glaser Weil Fink Howard Avchen & Shapiro LLP.  I make this declaration in support of Motion for Admission Pro Hac Vice.  The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

1. I am a member in good standing of the state bar of California.

2. There are no pending disciplinary proceedings against me in any state or feder court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on April 5, 2018 at Los Angeles, California.

_____
                                    LAUREN H. BRAGIN

**DECLARATION OF LAUREN H. BRAGIN**