IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
INSPIRED CAPITAL, LLC, and
ERICA GARY, derivatively on behalf of
INSPIRED FOOD SOLUTIONS, LLC,

           *Plaintiffs*,

      – against –                      Case No. 1:18-cv-00712-JFK

CONDE NAST, an unincorporated division
of Advance Magazine Publishers, Inc., and
FREMANTLEMEDIA NORTH AMERICA, INC.,
a foreign corporation,

           *Defendants*.
---------------------------------------- X

## DECLARATION OF SERVICE

I, CYNTHIA NEIDL, make the following declaration pursuant to 18 U.S.C. § 1746:

On behalf of Defendant Condé Nast, on April 9, 2018, I served a true and correct copy of the following documents:

1. Defendant Condé Nast's Notice of Motion to Dismiss the Complaint, dated April 9, 2018;

2. Declaration of Cynthia Neidl in Support of Motion to Dismiss, dated April 9, 2018, with Exhibits attached thereto; and

3. Defendant Condé Nast's Memorandum of Law in Support of Motion to Dismiss the Complaint, dated April 9, 2018,

upon all counsel of record in this action by electronic mail, and as to Plaintiffs' counsel by depositing the same for overnight delivery with the United Parcel Service prior to the latest time designated for overnight delivery in a wrapper properly addressed Plaintiffs' counsel of record.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of April, 2018, at Albany, New York.

                                                              */s/ Cynthia E. Neidl*
                                                                   Cynthia E. Neidl

ALB 2108090v1