CARTER LEDYARD & MILBURN LLP
Judith A. Lockhart
Madelyn K. White
2 Wall Street
New York, New York 10005
(212) 732-3200
lockhart@clm.com
white@clm.com

-and-
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Sean Riley (*pro hac vice motion to be made*)
Lauren Bragin (*pro hac vice motion to be made*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
SRiley@GlaserWeil.com
LBragin@GlaserWeil.com

*Attorneys for FremantleMedia North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| **INSPIRED CAPITAL, LLC**, and **ERICA GARY,** derivatively on behalf of INSPIRED FOOD SOLUTIONS, LLC, | |
| Plaintiffs, | No. 18-cv-00712 (JFK) |
| vs. | |
| **CONDE NAST**, an unincorporated division of Advance Magazine Publishers, Inc., and **FREMANTLEMEDIA NORTH AMERICA, Inc.**, a foreign corporation, | |
| Defendants. | |

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I am an attorney at the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 9th day of April, 2018, I caused true and correct copies of the Notice of Motion of

Defendant Fremantlemedia North America, Inc. to Dismiss the Complaint and Memorandum of Law in Support of Defendant Fremantlemedia North America, Inc.'s Motion to Dismiss the Complaints to be served by E-Mail and Federal Express upon the following:

> Scott Ross Zarin
> Zarin & Associates, P.C.
> 1790 Broadway
> 10th Floor
> New York, New York 10019
> scottzarin@copyrightrademarkcounsel.com
>
> Cynthia E. Neidl
> Greenberg Traurig, LLC
> 54 State Street
> Albany, New York 12207
> NeidlC@gtlaw.com

Dated: April 10, 2018

Madelyn K. White