UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-18

INSPIRED CAPITAL, LLC, and ERICA
GARY, derivatively on behalf of INSPIRED
FOOD SOLUTIONS, LLC,

              Plaintiffs,

    -against-

CONDE NAST, an unincorporated division of
Advance Magazine Publishers, Inc., and
FREMANTLEMEDIA NORTH AMERICA,
INC., a foreign corporation,

              Defendants.

No. 18-cv-00712 (JFK)

ORDER FOR ADMISSION

PRO HAC VICE

The motion of, I, **Lauren H. Bragin, Esq.**, admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the State of **CALIFORNIA**; and that her contact information is as follows:

    Applicant's Name:    Lauren H. Bragin, Esq.

    Firm Name:    Glaser Weil Fink Howard Avchen & Shapiro, LLP

    Address:    10250 Constellation Blvd., 19th Floor

    City/State/Zip:    Los Angeles, CA 90067

    Telephone/Fax:    PHONE: 310-282-6252; FAX: 310-556-2920

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **FREMANTLEMEDIA NORTH AMERICA, INC.** in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

1

1473035.1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/19/18

*John F. Keenan*

United States District/Magistrate Judge