UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-19-18
```

INSPIRED CAPITAL, LLC, and ERICA GARY, derivatively on behalf of INSPIRED FOOD SOLUTIONS, LLC,

Plaintiffs,

-against-

CONDE NAST, an unincorporated division of Advance Magazine Publishers, Inc., and FREMANTLEMEDIA NORTH AMERICA, INC., a foreign corporation,

Defendants.

No. 18-cv-00712 (JFK)

ORDER FOR ADMISSION

PRO HAC VICE

The motion of, **Sean Riley**, ("Applicant") for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of **CALIFORNIA**; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Sean Riley, Esq. |
| Firm Name: | Glaser Weil Fink Howard Avchen & Shapiro, LLP |
| Address: | 10250 Constellation Blvd., 19th Floor |
| City/State/Zip: | Los Angeles, CA 90067 |
| Telephone/Fax: | PHONE: 310-282-6265; FAX: 310-556-2920 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **FREMANTLEMEDIA NORTH AMERICA, INC.** in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New

1

1473032.1

York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/19/18

John F. Keenan

United States District/Magistrate Judge