Scott Zarin, Esq.
Zarin & Associates, P.C.
244 West 102nd Street, #3B
New York, New York 10025
scottzarin@copyrighttrademarkcounsel.com
Tel: (212) 580-3131 * Fax: (212) 580-4393

April 20, 2018

**Via ECF**

Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Inspired Capital, LLC, et. al. v. Conde Nast, et. al.*/S.D.N.Y. 18-712

Dear Judge Keenan:

I am local counsel for Plaintiffs Inspired Capital, LLC and Erica Gary in the above-referenced action.

In lieu of an answer, on April 9, 2018, Defendants' Conde Nast and FremantleMedia North America, Inc. (collectively "Defendants") both filed motions to dismiss Plaintiffs' complaint. Pursuant to Local Civil Rule 6.1(b), Plaintiffs' response to this motion is due on April 23, 2018. Due to discovery in other matters, however, Plaintiffs' counsel is unable to devote the time necessary to prepare Plaintiffs' response by that date. Plaintiffs' lead counsel, Jermaine Lee, Esq., has therefore asked Defendants' counsel if they would agree to extend the time until May 11, 2018 to file Plaintiffs' response. Defendants' counsel has indicated that they consent to this extension as long as their replies are due on May 23, 2018. Plaintiffs agree to this briefing schedule. Plaintiffs have not previously requested any extensions of time.

Accordingly, the parties request the Court to approve this briefing schedule for Defendants' motion to dismiss. Thank you for your consideration of this request.

Sincerely,

Scott Zarin, Esq.

cc:     Counsel for Conde Nast (via ECF)
        Counsel for FremantleMedia North America, Inc. (via ECF)

1