## Certificate of Service

I, Scott Zarin, declare, under penalty of perjury, that I caused to be served, via

e-mail and First Class U.S. Mail, on May 11, 2018 and May 12, 2018 respectively, in

*Inspired Capital, LLC v. Conde Nast,* Case No. 18-CV-712:

**Plaintiffs' Memorandum In Opposition To Defendants' Motion To Dismiss The Complaint**

on counsel for Defendant Conde Nast:

Cynthia E. Neidl, Esq.
Greenberg Traurig, LLC
54 State Street
Albany, NY 12207
NeidlC@gtlaw.com

and on counsel for Defendant FremantleMedia North America, Inc.:

Madelyn K. White, Esq.
Carter Ledyard & Milburn
2 Wall Street
New York, NY 10005
white@clm.com

Dated: 5/12/18