## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

INSPIRED CAPITAL, LLC, and  
ERICA GARY, derivatively on behalf of  
INSPIRED FOOD SOLUTIONS, LLC,

     *Plaintiffs*,

    − against −

CONDE NAST, an unincorporated division  
of Advance Magazine Publishers, Inc., and  
FREMANTLEMEDIA NORTH AMERICA, INC.,  
a foreign corporation,

     *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 1:18-cv-00712

**NOTICE OF MOTION**

 **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Cynthia E. Neidl, and the exhibits annexed thereto, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, the undersigned, on behalf of Defendant Condé Nast, shall move this Court before the Honorable John F. Keenan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiffs' Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(7), and for such other and further relief as this Court deems just and proper.

*ALB 2107012v1*

Dated:   April 9, 2018
        Albany, New York

**GREENBERG TRAURIG, LLP**

By:   */s/ Cynthia E. Neidl*

Michael J. Grygiel
   (*pro hac vice motion to be submitted*)
Cynthia E. Neidl
Kelly McNamee
54 State Street, 6th Floor
Albany, New York  12207
Tel:  (518) 689-1435
Fax:  (518) 677-1828
Email: grygielm@gtlaw.com
      neidlc@gtlaw.com
      mcnameek@gtlaw.com

*Attorneys for Defendant Condé Nast,
an unincorporated division of Advance
Magazine Publishers, Inc.*