CARTER LEDYARD & MILBURN LLP
Judith A. Lockhart
Madelyn K. White
2 Wall Street
New York, New York 10005
(212) 732-3200
lockhart@clm.com
white@clm.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Sean Riley (*pro hac vice motion to be made*)
Lauren Bragin (*pro hac vice motion to be made*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
SRiley@GlaserWeil.com
LBragin@GlaserWeil.com

*Attorneys for FremantleMedia North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| **INSPIRED CAPITAL, LLC,** and **ERICA GARY,** derivatively on behalf of INSPIRED FOOD SOLUTIONS, LLC, | No. 18-cv-00712 (JFK) |
| Plaintiffs, | |
| vs. | **NOTICE OF MOTION OF DEFENDANT FREMANTLEMEDIA NORTH AMERICA, INC. TO DISMISS THE COMPLAINT** |
| **CONDE NAST,** an unincorporated division of Advance Magazine Publishers, Inc., and **FREMANTLEMEDIA NORTH AMERICA, Inc.,** a foreign corporation, | |
| Defendants. | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, the Memorandum of Law and Declaration of Cynthia E. Neidl dated April 9, 2018 (and the exhibits

annexed thereto) submitted by Defendant Condé Nast on April 9, 2018 in support of its Motion to Dismiss, Defendant FremantleMedia North America, Inc. ("Fremantle"), by and through its attorneys, will move this Court on a date to be determined, before the Honorable John F. Keenan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Complaint in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(7), and for such other and further relief as this Court deems just and proper

Dated: New York, New York
April 9, 2018

CARTER LEDYARD & MILBURN LLP

_____
Judith A. Lockhart
Madelyn K. White
2 Wall Street
New York, New York 10005
(212) 238-8603
lockhart@clm.com
white@clm.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Sean Riley (*pro hac vice motion to be made*)
Lauren Bragin (*pro hac vice motion to be made*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
SRiley@GlaserWeil.com
LBragin@GlaserWeil.com

*Attorneys for Defendant FremantleMedia North America, Inc.*