CARTER LEDYARD & MILBURN LLP
Judith A. Lockhart
Madelyn K. White
Two Wall Street
New York, NY 10005
 (212) 732-3200
lockhart@clm.com
white@clm.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Sean Riley (*admitted pro hac vice*)
Lauren Bragin (*admitted pro hac vice*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
SRiley@GlaserWeil.com
LBragin@GlaserWeil.com

*Attorneys for FremantleMedia North America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**INSPIRED CAPITAL, LLC,** and **ERICA GARY,** derivatively on behalf of INSPIRED FOOD SOLUTIONS, LLC,

                  Plaintiffs,

        vs.

**CONDE NAST,** an unincorporated division of Advance Magazine Publishers, Inc., and **FREMANTLEMEDIA NORTH AMERICA, Inc.,** a foreign corporation,

                  Defendants.
-----------------------------------------------------------------X

No. 18-cv-00712 (JFK)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant Fremantle Media North America, Inc., through its undersigned counsel, states that its parent corporation is Fremantle Productions North America, Inc. and no publicly traded corporation holds 10% or more of its stock.

8281191.1

Dated: May 29, 2018

CARTER LEDYARD & MILBURN LLP

*[signature]*

Judith A. Lockhart
Madelyn K. White
2 Wall Street
New York, New York 10005
(212) 238-8603
lockhart@clm.com
white@clm.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Sean Riley (*admitted pro hac vice*)
Lauren Bragin (*admitted pro hac vice*)
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
(310) 553-3000
SRiley@GlaserWeil.com
LBragin@GlaserWeil.com
*Attorneys for Defendant FremantleMedia North America, Inc.*